UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ21-426 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| LIDIA GUTIERREZ VEGA ) | |
| ) | |
| Defendant. ) | |

Offenses charged:

1. Burglary of a United States Post Office

2. Stealing Keys or Locks Adopted by the Post Office

3. Theft of Mail

Date of Detention Hearing:   November 1, 2021.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure

DETENTION ORDER
PAGE -1

the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant has a significant, recent criminal record that includes theft, multiple convictions for burglary, and identity theft, second degree. Defendant also has multiple outstanding warrants from other jurisdictions, and 13 warrants for failure to appear. The current alleged criminal conduct occurred while Defendant was under court supervision. Defendant has recent significant drug use involving methamphetamine.

2. Defendant poses a risk of nonappearance based on an extensive history of failures to appear. Defendant poses a risk of danger based on her pattern of similar conduct involving theft and burglary while under court supervision, and significant substance abuse history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

DETENTION ORDER
PAGE -2

defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 2nd day of November, 2021.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge